# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 14-20442-CV-UNGARO/TORRES

# The attached hand-written document
# has been scanned and is also available in the
# SUPPLEMENTAL PAPER FILE

(1" from top of page, and centered, begin title of Court)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

FILED by __X__ D.C.
FEB 04 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

Case No. __14-20442__ -CV- __UNGARO/TORRES__

(Judge's Last Name/Magistrate's Last Name)

Bangash, Abdulkader, A

Bangash, Eman, A

_____
(Full Name of Plaintiff/s) ,

   Plaintiff (s)

vs.

Thomas J. Balkany

_____
(Full Name of Defendant/s),

   Defendant(s).
_____/

### TITLE OF DOCUMENT

I, __Eman A. Bangash__ [plaintiff or defendant], in the above styled cause, In 6 March 2012 my son, Abdulkader Bangash had surgery at Bascom Palmer Eye Institute in the University of Miami Miller School of Medicine. The procedure was a reimplantation of a cochlear implant he had in Germany in 1992. After two weeks from the surgery he had with Dr. Balkany, he lost his vision and his health deteriorated. I brought

Abdulkader back to see his Doctor, when he said that the surgery was fine and that he needed to transfer him to an opthalmologist. The opthalmologist checked him and said his eyes were fine. For 2 weeks Abdulkader would lose his vision completely for 10 minutes daily. Dr. Balkany insisted nothing was physically wrong with him and it was psycological. After 2 more weeks Abdulkader went back to Jonsporo, Arkansas to his college which he was studying in at the time. His eyes started to pop out and were crossed which made him suffer from double vision. After one month he remained in the same condition and his health deteriorated more which made him skip college and stay home. I took him back to Dr. Balkany, when he said it was an urgent case and he had to transfer him to a neurologist. A neuro surgent operated on his brain 3 different surgeries. Dr. Balkany said it was nessecary in order to save his vision and his life. The third surgery the doctor placed a shunt to releif the fluid from his brain. He also suffered from blood clotting in his brain in which the doctor put him on Coumadin as a blood thinner for more the a year. After the shunt placement, his daily life was badly affected. He had to go to the emergency room frequantly, he was delayed in his studying, he had to skip alot of days from college, he can't even left heavy bags or his own school bag and he was emotionally devastated by this change as well as his family.

I, his mother had to sell my buisiness in my country in order to stay with him at all times as his doctor said he needs constant assistance. I spent all our savings and money to take care of him. I suffer from depression as I lost everything to take care of him and his health

2 / 2 / 2014
Dated: Month, day, year

Respectfully submitted,

Eiman Bangash
Name of Filer

Bangash Eiman A
Attorney Bar Number *(if applicable)*

_____/_____
Attorney E-mail Address *(if applicable)*

_____/_____
Firm Name *(if applicable)*

_____
Street Address

8132 Heathewton LN Apt#T4
City, State, Zip Code
VA, 22180 Vienna
Telephone: 703 310 9555

Facsimile: _____

_____
Attorneys for Plaintiff/Defendant *[Party name(s)]*
*(if applicable)*

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by

_____ [specify method of service] on _____ [date]

on all counsel or parties of record on the Service List below.

_____
Signature of Filer

# SERVICE LIST

_____/_____
Party or Attorney Name

_____/_____
Attorney E-mail Address *(if applicable)*

Bangash Eiman A
Firm Name *(if applicable)*

8132 Heatherton Ln APT#14
Street Address

VA, 22180 Vienna
City, State, Zip Code

Telephone: 703 310 9555

Facsimile: _____

_____
Attorneys for Plaintiff/Defendant
*[Party's Name(s)] (if applicable)*

_____
Party or Attorney Name

_____
Attorney E-mail Address *(if applicable)*

Bangash Eiman A
Firm Name *(if applicable)*

8132 Heatherton Ln APT#14
Street Address

VA, 22180 Vienna
City, State, Zip Code

Telephone: 703 310 9555

Facsimile: _____

_____
Attorneys for Plaintiff/Defendant
*[Party's Name(s)] (if applicable)*